IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:17CR 10 -1 |
| | : | |
| KELIN ROSMERI LIMA PEREZ | : | |

The United States Attorney Charges:

On or about June 2, 2016, in the County of Lee, in the Middle District of North Carolina, KELIN ROSMERI LIMA PEREZ did knowingly possess a false identification document, to wit, a false United States social security card bearing the name J.R. and number xxx-xx-6953, and North Carolina identification card number xxxx3354 bearing the name J.R., with the intent that such false identification documents be used to defraud the United States; in violation of Title 18, United States Code, Section 1028(a)(4).

DATED: January 25, 2017

SANDRA J. HAIRSTON
Acting United States Attorney

BY: FRANK J. CHUT, JR.
Assistant United States Attorney