IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:17CR10-1 |
| | : | |
| KELIN ROSMERI LIMA PEREZ | : | |

## AMENDED FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and the undersigned Assistant United States Attorney, states the following under Fed. R. Crim. P. 11 as a factual basis for a guilty plea in this case:

In 2016, Homeland Security Agents conducted an investigation of the filing of false I-9 forms at a McDonald's restaurant in Chatham County, North Carolina. This investigation revealed that numerous I-9 forms had been filed at the McDonalds falsely representing that aliens not legally present in the United States were in fact United States citizens eligible to work and receive wages in the United States. As part of the investigation, Homeland Security agents reviewed the I-9 form filed for an employee whose initials are J.R. with a social security number of XXX-XX-6953.

Agents travelled to J.R.'s residence to conduct an interview. At the residence they encountered KELIN ROSMERI LIMA-PEREZ. LIMA-PEREZ informed that agents that she was a citizen of Guatemala who had illegally entered the United States in 2006. After being advised of her Miranda Rights, LIMA-PEREZ told the agents that she had applied for the job at the Siler City McDonalds using the name and social security number XXX-XX-6953 of J.R. and assumed the identity of J.R. to obtain wages. LIMA-PEREZ admitted to buying J.R.'s identity and presenting it to the hiring manager at the Siler City McDonalds, including the Social Security number. LIMA-PEREZ admitted that knowing that J.R. was a real person.

LIMA-PEREZ possessed false identification documents in the name of J.R., including a false social security card bearing the name of J.R. and social security number XXX-XX-6953, and a false North Carolina identification number XXXX3354, bearing the name of J.R. Homeland Security agents were able to obtain copies of the false social security card and the false Homeland Security card. LIMA-PEREZ obtained and possessed these false identification documents with the intent that such documents be used to defraud the United States.

This the 23rd day of March, 2017.

          Respectfully submitted,

          SANDRA J. HAIRSTON
          Acting United States Attorney

          /S/ FRANK J. CHUT, JR.
          Assistant United States Attorney
          NCSB # 17696
          101 S. Edgeworth St., 4th Floor
          Greensboro, NC 27401
          336\333-5351

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert Lonnie Cooper, Esq.

/S/ FRANK J. CHUT, JR.
Assistant United States Attorney
NCSB # 17696
United States Attorney's Office
Middle District of North Carolina
P. O. Box 1858
Greensboro, NC  27402
Phone:  336/333-5351